**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

John Haas Weinstein
Attorney at Law
1414 N.E. Evangeline Thruway
Lafayette LA 70501

Thomas Edward St. Germain
Attorney at Law
1414 N.E. Evangeline Thruway
Lafayette LA 70501

**REHEARING ACTION: January 18, 2012**

**Docket Number: 11   00654-CA**

**MILAN GALA**
**VERSUS**
**MARK HARRIS**

**Appealed from Lafayette Parish Case No. C-20085062**

**BEFORE JUDGES**:

    **Hon. Oswald A. Decuir**
    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mark Harris** has this day been

    **DENIED.**

cc: Christopher Luke Edwards, Counsel for the Appellant